In the Matter of the Application of EDWARD A. RICHARDS et al., Respondents.

HARRISON C. GLORE, Appellant.

In the Matter of the Application of HARRISON C. GLORE, Appellant.

THE BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent.

**Election Law — section 122 constitutional — Municipal Court district in borough of Brooklyn a political subdivision.**

1. For the purposes of section 122 of the Election Law a Municipal Court district in the borough of Brooklyn is a political subdivision.

2. Section 122 of the Election Law, considered in its general application to the state, is not so unfair and unreasonable as to be unconstitutional.

*Matter of Richards*, 179 App. Div. 823, affirmed
*Matter of Glore*, 179 App. Div. 823, affirmed.

(Argued October 31, 1917; decided November 1, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 25, 1917, which affirmed an order of Special Term rejecting a purported certificate of nomination of appellant as an independent candidate for the office of justice of the Municipal Court in the borough of Brooklyn.

Edward A. Richards and Harrison C. Glore were the candidates of the Democratic and Republican parties, respectively, for the office of justice of the Municipal Court of the city of New York for the seventh district of Brooklyn. That office was to be voted for by the voters residing in the seventh Municipal Court district of the borough of Brooklyn. By a certificate of independent nomination, signed by 2,177 voters, Harrison C. Glore was designated as the candidate of the Fusion Committee party, a new organization. The respondent contends that the certificate should have been signed by at least 2,285 qualified voters, relying on the provisions of section 122 of the Election Law that five per cent of the number of votes cast for governor at the last gubernatorial election in the district are necessary for the making of an independent nomination. At the last gubernatorial election 45,700 votes were cast for governor in the district.

*Benjamin Reass, Hugo Hirsh, Emanuel Newman* and *Max Leff* for appellant.

*Frank E. Johnson, Jr.,* and *James A. Sheehan* for Edward A. Richards et al., respondents.

*Lamar Hardy, Corporation Counsel (George A. Green* and *Thomas F. Magner* of counsel), for Board of Elections, respondent.

*Per Curiam.* We hold, *first,* that for the purposes of section 122 of the Election Law a Municipal Court district in the borough of Brooklyn is a political subdivision, and, *second,* that said section of the Election Law considered in its general application to the state is not so unfair or unreasonable as to be unconstitutional.

The order should be affirmed, with costs.

COLLIN, CUDDEBACK, HOGAN, POUND, McLAUGHLIN and ANDREWS, JJ., concur; HISCOCK, Ch. J., not voting.

Order affirmed.